UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BERMUDA BAY, L.L.C., | ) | |
| | ) | |
| Debtor. | ) | Case No.  09-32133-DOT |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ABKDH, LLC | ) | |
| | ) | |
| Debtor. | ) | Case No.  09-32130-DOT |
| | ) | |
| _____ | ) | |

**NOTICE OF (A) FILING OF MOTION
AND (B) HEARING ON MOTION**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" and each a "Debtor") by counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), Debtors' Motion For Joint Administration Of Related Chapter 11 Cases And Memorandum In Support Thereof (the "Motion").  A copy of the Motion is being served upon simultaneously herewith.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one).  Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within five (5) business days before the scheduled hearing date, the Court may deem**

---

Lynn Lewis Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Proposed Counsel for the Debtors

**any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.**

PLEASE TAKE FURTHER NOTICE that on June 10, 2009 at 12:00 p.m. (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Douglas O. Tice, United States Bankruptcy Judge, in Room 5100, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, and will move the Court for entry of an order approving the Motion.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then within five (5) business days from the date of the hearing, you or your attorney must:

⊠        Electronically file with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1. You must mail or otherwise file it early enough so the Court will receive it on or before the due date identified herein.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia  23219-1888

You must also serve a copy on:

        Paula S. Beran, Esquire
        Tavenner & Beran, PLC
        20 North Eighth Street, Second Floor
        Richmond, Virginia  23219

        Robert B. Van Arsdale, Esquire
        Office of the United States Trustee
        701 East Broad Street, Suite 4304
        Richmond, Virginia  23219

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

BERMUDA BAY, L.L.C.,
ABKDH, LLC

By:_____/s/ Paula S. Beran_____
            Proposed Counsel


Lynn L. Tavenner (Va. Bar No. 30083)
Paula S. Beran (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

        Proposed Counsel for the Debtors


## CERTIFICATE OF SERVICE

        I hereby certify that on the 22nd day of May, 2009, a true and correct copy of the Notice Of (A) Filing of Motion and (B) Hearing On Motion was served via electronic delivery and/or first class mail, postage prepaid, to the Debtors' 20 largest unsecured creditors as identified in their Chapter 11 petitions, the Debtors' known secured creditors, any known legal counsel for the Debtors' secured creditors and all parties requesting service of pleadings in these cases (all as listed on Schedule A attached hereto).



                    _____/s/ Paula S. Beran_____
                    Paula S. Beran, Esquire (Va. Bar No. 34679)
                    Tavenner & Beran, PLC
                    20 North Eighth Street, Second Floor
                    Richmond, Virginia  23219
                    Telephone:  (804) 783-8300
                    Telecopy:  (804) 783-0178

Paul K. Campsen, Esquire
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510

Michael A. Condyles
Jeremy S. Williams
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

Adam R. Nelson, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Wachovia Bank, National Association
Michael A. Condyles, Esquire
Kutak Rock LLP
1111 East Main Street, suite 800
Richmond, VA 23219-3521

Bermuda Bay, L.L.C.
30 Bellona Arsenal Road
Midlothian, VA 23113-2038

KDHWWTP, L.L.C.
103 East Eight Street
Nags Head, NC 27959-8861

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

UST Richmond
Office of the U. S. Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219-1849

ABKDH, LLC
30 Bellona Road
Midlothian, VA 23113-0000

Bermuda Bay Homeowners Assc.
Glenda Wolfe
PO Box 7750
Kill Devil Hills, NC 27948-6750

Cambridge Cove HOA
Glenda Wolfe
PO Box 7750
Kill Devil Hills, NC 27948-6750

Community Bank
c/o Howard Pisons
2601 Promenade Parkway
Midlothian, VA 23113-1431

Dare County Tax Department
PO Box 1000
Manteo, NC 27954-1000

David Russotto
5028 Martin's Point Road
Kitty Hawk, NC 27949-3869

Devonshire Place HOA
Glenda Wolfe
PO Box 7750
Kill Devil Hills, NC 27948-6750

Holland and Knight LLP
1 East Broward Blvd, Ste 1300
Ft Lauderdale, FL 33301-1865

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

KDHWWTP, LLC
Eddie Goodrich
PO Box 250
Harbinger, NC 27941-0250

Landmark Building and
Development of NC, LLC
PO Box 147
Harbinger, NC 27941-0147

Michael Robinson
PO Box 2852
Kill Devil Hills, NC 27948-2852

Office of Reorganization
Securities and Exchange Commission
3475 Lenox Road, N.E., Suite 1002
Atlanta, GA 30326-3227

RPC Contracting
Robbie Parker
PO Box 333
Kitty Hawk, NC 27949-0333

Townebanke
c/o Laura M. Arcand
1 Olde Oyster Point Rd Ste 300
Newport News, VA 23602-7121

WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Leroy Anderson III
30 Bellona Arsenal Road
Midlothian, VA 23113-2038

Williams Fire Sprinkler
Mike Chesson
PO Box 1048
Williamston, NC 27892-1048

Ward & Smith
Sam France
PO Box 867
New Bern, NC 28563-0867

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219-1849

Wachovia Bank N.A.
c/o Rebecca B. Fisher, V.P.
201 South College St., 18th Fl.
Charlotte, NC 28296-0000

Internal Revenue Service
400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Joseph N. Callaway, Esquire
Battle, Winslow, Scott & Wiley, P.A.
600 Evergreen Road
Rocky Mount, NC 27803

Jo Ann J. Brighton
K&L Gates LLP
214 North Tryon Street, Suite 4700
Charlotte, NC 28202

Case 09-32133-DOT   Doc 33   Filed 05/22/09   Entered 05/22/09 17:25:33   Desc Main
Document   Page 5 of 5

Joseph N. Callaway, Esquire
Battle, Winslow, Scott & Wiley, P.A.
600 Evergreen Road
Rocky Mount, NC 27803

Jo Ann J. Brighton
K&L Gates LLP
214 North Tryon Street, Suite 4700
Charlotte, NC 28202