UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BERMUDA BAY, L.L.C., | ) | |
| | ) | |
| Debtor. | ) | Case No.  09-32133-DOT |
| | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ABKDH, LLC | ) | |
| | ) | |
| Debtor. | ) | Case No.  09-32130-DOT |
| | ) | |
| _____ | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION**
**OF RELATED CHAPTER 11 CASES**

This matter came before the Court on the Debtors' Motion For Joint Administration Of

Related Chapter 11 Cases And Memorandum In Support Thereof (the "Motion").  The Court

having reviewed the Motion and having heard the statements of counsel regarding the relief

requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was

sufficient under the circumstances, (d) the Debtors are "affiliates" within the meaning of section

101(2) of the Bankruptcy Code, 11 U.S.C. § 101(2), and (e) the joint administration of the

_____

Lynn Lewis Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Proposed Counsel for the Debtors

Debtors' cases is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure and Local Rule 1015-1; and the Court having determined that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; it is hereby

ORDERED as follows:

1.      The Motion is hereby GRANTED.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to

them in the Motion.

3.      The above-captioned chapter 11 cases are hereby administered jointly under Case

No. 09-32133.  A docket entry shall be made in each of the above-captioned cases substantially as

follows:

> "An order has been entered in this case directing the joint
> administration of the chapter 11 cases of Bermuda Bay, L.L.C. and
> its affiliates.  The docket in Case No. 09-32133 should be consulted
> for all matters affecting these cases."

4.      Motions, applications, orders or other pleadings (collectively, "Pleadings") relating

to any and/or all of the Debtors are required to bear a caption in the form of the jointly

administered caption set forth on Exhibit A attached hereto and incorporated herein by reference.

For Pleadings that relate only to some of the Debtors, parties in interest are directed to clearly

identify the specific Debtor or Debtors involved in the text of the applicable Pleading.

5.      Upon entry the Clerk shall forthwith provide a copy of this Order to counsel for the

Debtors, who shall serve (by electronic delivery, first class mail, postage prepaid or overnight

delivery) copies of this Order on any of the following who have not otherwise received a copy of

this Order through the Court's ECF option: the Office of the United States Trustee, the Debtors' 20

largest unsecured creditors as identified in their chapter 11 petitions, the Debtors' known secured

creditors and any known legal counsel for the secured creditors.

Enter:      /     /2009.     _____

                                                   CHIEF UNITED STATES BANKRUPTCY JUDGE


I ask for this:



/s/ Paula S. Beran
_____
Lynn Lewis Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

       Proposed Counsel for the Debtors

Seen and not objected to:



/s/ Robert B. Van Arsdale (per email dated 07/08/2009)
Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004

       Assistant United States Trustee

## CERTIFICATION

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order Directing Joint Administration of Related Chapter 11 Cases has either been served on May 22, 2009 by first-class mail, postage prepaid, and/or electronic delivery or endorsed by all necessary parties.

/s/ Paula S. Beran
Paula S. Beran (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178